# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY and STATE FARM**
**FIRE & CASUALTY COMPANY,**

      **Plaintiffs,**

-vs-                                        Case No.  6:04-cv-1784-Orl-31KRS

**GREATER CHIROPRACTIC CENTER**
**CORP., MASSAGE FOR LIFE CORP.,**
**SUPERIOR MASSAGE CORP., and FLORIDA**
**TOTAL HEALTHCARE CORP.,**

      **Defendants.**

## ORDER TO STRIKE

Document # 37, Reply To Response, was filed in the above-styled case.  Reply memoranda are not permitted without leave of Court.  *See* M.D. Fla. L.R. 3.01(b).  Therefore, the document is **ORDERED** stricken and the Clerk is directed to delete the document.  Additionally, any responses required to be filed because of the deleted document will not be required and will also be stricken and deleted.

DATED:     This   5th  day of July, 2005 in Orlando, Florida.

                                                   *Karla R. Spaulding*
                                                  KARLA R. SPAULDING
                                          UNITED STATES MAGISTRATE JUDGE