# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY and STATE**
**FARM FIRE & CASUALTY COMPANY,**

          **Plaintiffs,**

**-vs-**                                    **Case No. 6:04-cv-1784-Orl-31KRS**

**GREATER CHIROPRACTIC CENTER**
**CORP., and FLORIDA TOTAL**
**HEALTHCARE CORP.,**

          **Defendants.**

_____

## ORDER

On August 22, 2005, Defendants sought leave to amend their pleadings to assert a counterclaim (Doc. 45). Plaintiffs did not respond to the Motion and it was granted by endorsed Order on September 14, 2005. Thereafter, on September 29, 2005, Defendants filed their Counterclaim (Doc. 49). On October 25, 2005, after seeking an extension of time, Plaintiffs filed a Motion to Dismiss the Counterclaim (Doc. 52) with a memorandum in support (Doc. 53). Defendants filed their opposition memorandum on October 31, 2005.

Plaintiffs' arguments are patently frivolous and appear to violate Fed. R. Civ. P. 11 and 28 U.S.C. section 1927. Accordingly, it is

**ORDERED** that Plaintiffs' Motion is DENIED.

It is further **ORDERED** that Plaintiffs' counsel shall, within 11 days show cause in writing why sanctions should not be imposed for filing a motion and memorandum which violates

Rule 11 and the prohibition against unreasonable and vexatious litigation under 28 U.S.C. section 1927.

Specifically, counsel should address:

1. Plaintiffs' failure to object to Defendants' Motion for Leave to Amend at Doc. 45 and the resulting waiver of Plaintiffs' claim;

2. Authority for the proposition that the Court has no discretion to permit the assertion of a counterclaim after an answer has been filed;

3. Reference to the Florida Rules of Civil Procedure in a federal proceeding;

4. Reliance on matters outside the pleadings in support of a motion to dismiss;

5. Authority for the proposition that Defendants' pleading is a "permissive" counterclaim and that this Court lacks subject matter jurisdiction over the claim.

It is further **ORDERED** that within 11 days hereof, Defendants shall file a verified statement of the costs and fees incurred in opposing the Plaintiffs' Motion.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on November 16, 2005.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE